# DEFENDANT'S EXHIBIT A

**HALOZYME V. MATAL**
**CASE NO. 16-CV-01580 CMH (JFA)**
**Privilege and Redactions Log**

| | Redaction Bates Begin | Redaction Bates End | Date of the Document | Custodian | Client Halozyme | Description of the Document | Reason(s) for Redaction |
|---|---|---|---|---|---|---|---|
| **Document Bates Range: PRIV-HALOZ000001 – PRIV-HALOZ000026** | | | | | | | |
| 1. | PRIV-HALOZ000001 | PRIV-HALOZ000010 | 11/05/2009 | Stephanie Seidman, J.D. | Gilbert Keller; Lou Bookbinder; Greg Frost | Interview Notes re Inventorship | Attorney/Client Privilege; attorney/client communication |
| 2. | PRIV-HALOZ000011 | PRIV-HALOZ000018 | 11/10/2009 | Stephanie Seidman, J.D. | Michael Haller; Anirban Kundu; Tyler Dylan | Interview Notes re Inventorship | Attorney/Client Privilege; attorney/client communication |
| 3. | PRIV-HALOZ000019 | PRIV-HALOZ000022 | 11/05/2009 | Stephanie Seidman, J.D. | Gilbert Keller; Lou Bookbinder; Greg Frost | Typed Interview Notes re Inventorship | Attorney/Client Privilege; attorney/client communication |
| 4. | PRIV-HALOZ000022 | PRIV-HALOZ000025 | 11/10/2009 | Stephanie Seidman, J.D. | Michael Haller; Anirban Kundu; Tyler Dylan | Typed Interview Notes re Inventorship | Attorney/Client Privilege; attorney/client communication |