IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HALOZYME, INC.<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEPH MATAL, performing the functions and duties of Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,<br><br>    Defendant. | Case 1:16-cv-01580-CMH-JFA |

**HALOZYME'S NOTICE OF FILING MOTION FOR LEAVE
TO FILE CERTAIN SUMMARY-JUDGMENT EXHIBITS UNDER SEAL**

Halozyme, Inc., hereby provides notice that it has moved the Court for leave to file seven exhibits (Exhibits 6 through 12 to Exhibit B, the Declaration of Michael J. LaBarre) to its brief in opposition to the government's motion for summary judgment under seal. *See* E.D. Va. R. Civ. P. 5(C). Parties and nonparties may submit memoranda in support of or in opposition to Halozyme's motion within seven days after the filing of the motion to seal, and they may designate all or part of such memoranda as confidential. *Id.* Any information designated as confidential in a supporting or opposing memorandum will be treated as sealed pending a determination by the Court on the motion to seal. *Id.*

Any person objecting to Halozyme's motion must file an objection with the Clerk within seven days after the filing of the motion to seal. *Id.* If no objection is filed in a timely manner, the Court may treat the motion as uncontested. *Id.*

Dated: September 8, 2017

Respectfully submitted,

/s/
Joshua D. Rogaczewski
McDermott Will & Emery LLP
500 North Capitol Street NW
Washington, DC 20001
Telephone:  (202) 756-8195
Facsimile:  (202) 591-2757
Email: jrogaczewski@mwe.com

William G. Gaede, III (pro hac vice)
McDermott Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone:  (650) 815-7435
Facsimile:  (650) 815-7401
Email: wgaede@mwe.com

*Attorneys for Halozyme, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2017, I electronically filed the foregoing **Halozyme's Notice of Filing Motion for Leave To File Certain Summary-Judgment Exhibits Under Seal** with the Clerk of Court using the ECF system, which will send notification of such filing to all ECF participants.

/s/
Joshua D. Rogaczewski
McDermott Will & Emery LLP
500 North Capitol Street NW
Washington, DC 20001
Telephone:  (202) 756-8195
Facsimile:  (202) 591-2757
Email: jrogaczewski@mwe.com

*Attorney for Halozyme, Inc.*