IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HALOZYME, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:16cv1580 (CMH/JFA) |
| ) | |
| JOSEPH MATAL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is currently before the court on Halozyme's motion to file under seal Exhibit F to its reply brief in support of its motion for partial summary judgment. (Docket no. 113). The motion to seal was filed on October 5, 2017 along with a notice of filing under seal (Docket no. 114). A memorandum in support of the motion to seal was also filed with the motion (Docket no. 117). Pursuant to Local Civil Rule 5(C), anyone objecting to the filing of the materials subject to the motion to seal was required to file a response within seven days of the filing of the motion to seal. No response has been filed opposing the motion to seal and the time for doing so has expired.

The motion to seal seeks to file under seal Exhibit F to plaintiff's reply that includes several pages from the deposition transcript of Gregory I. Frost that appears to contain confidential and commercially sensitive information (Docket no. 116). Having reviewed the exhibit that has been filed under seal and taking into consideration the applicable standards as set forth by the Fourth Circuit in *Va. Dep't of State Police v. Washington Post*, 386 F.3d 567 (4th Cir. 2004) for filing materials under seal, the court finds that the motion to seal should be granted.

Entered this 16th day of October, 2017.

                                              /s/
                                         John F. Anderson
                                         United States Magistrate Judge

Alexandria, Virginia