IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| HALOZYME, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:16-cv-1580 |
| | ) |
| JOSEPH MATAL, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

THIS MATTER comes before the Court on Defendant's Motion for Summary Judgment and Plaintiff's Motion for Partial Summary Judgment. The Court finds that there are issues of material fact in dispute. Accordingly, it is hereby

ORDERED that Defendant's Motion for Summary Judgment is DENIED, and Plaintiff's Motion for Partial Summary Judgment is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
October 23, 2017