**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| HALOZYME, INC. <br><br> Plaintiff <br><br> v. <br><br> JOSEPH MATAL, <br> performing the functions and duties of Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, <br><br> Defendant. | Civil Action No. 1:16-CV-01580 (CMH/JFA) |

## DEFENDANT'S MOTION *IN LIMINE*

Pursuant to the Federal Rules of Evidence, defendant, Joseph Matal, performing the functions and duties of Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, by his undersigned counsel, hereby moves this Court for an order *in limine* to preclude plaintiff Halozyme, LLC, from the following at the upcoming trial of this cause:

- Adducing any expert witness testimony, or introducing any other expert evidence, from Dr. Bruno Flamion, Dr. Samuel Zalipsky, and Mr. Jon S. Saxe, relating to commercial success or commercial acquiescence.

- Adducing any expert witness testimony, or otherwise asserting any argument, concerning whether the relevant claims of U.S. Patent Application No. 11/238,171 find written description support in the specification of U.S. Patent Application No. 11/065,716, other than that which was included in the expert reports of Dr. Samuel Zalipsky.

The grounds for this motion are fully explicated in the accompanying memorandum of law in support of the motion.

///

                                        Respectfully submitted,

                                        DANA J. BOENTE
                                        UNITED STATES ATTORNEY

                        By:       /s/
                                        DENNIS C. BARGHAAN, JR.
                                        Deputy Chief, Civil Division
                                        Assistant U.S. Attorney
                                        U.S. Attorney's Office
                                        2100 Jamieson Avenue
                                        Alexandria, Virginia 22314
                                        Telephone: (703) 299-3785
                                        Fax:   (703) 299-3983
                                        Email:  dennis.barghaan@usdoj.gov

DATE: October 27, 2017                ATTORNEYS FOR DEFENDANT

OF COUNSEL:

Frances M. Lynch
Amy Nelson
Kakoli Caprihan
Associate Solicitors
United States Patent & Trademark Office

## CERTIFICATE OF SERVICE

    I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing ("NEF") to the following:

Joshua D. Rogaczewski
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
Email: jrogaczewski@mwe.com

Date: October 27, 2017           ___/s/_____
        DENNIS C. BARGHAAN, JR.
        Deputy Chief, Civil Division
        Assistant U.S. Attorney
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Telephone: (703) 299-3785
        Facsimile:  (703) 299-3983
        Email:  dennis.barghaan@usdoj.gov

        ATTORNEYS FOR DEFENDANT