**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| HALOZYME, INC.<br><br>    Plaintiff<br><br> v.<br><br>JOSEPH MATAL,<br>performing the functions and duties of Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,<br><br>    Defendant. | Civil Action No. 1:16-CV-01580 (CMH/JFA) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that, on November 3, 2017, at 10:00 a.m., or as soon thereafter as counsel may be heard, defendant, Joseph Matal, performing the functions and duties of Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, through his undersigned counsel, will bring on for hearing his motion *in limine* in the above-captioned action.

///

///

          Respectfully submitted,

          DANA J. BOENTE
          UNITED STATES ATTORNEY

By:    /s/
          DENNIS C. BARGHAAN, JR.
          Deputy Chief, Civil Division
          Assistant U.S. Attorney
          U.S. Attorney's Office
          2100 Jamieson Avenue
          Alexandria, Virginia 22314
          Telephone: (703) 299-3785
          Fax:   (703) 299-3983
          Email:  dennis.barghaan@usdoj.gov

DATE: October 27, 2017      ATTORNEYS FOR DEFENDANT

OF COUNSEL:

Frances M. Lynch
Amy Nelson
Kakoli Caprihan
Associate Solicitors
United States Patent & Trademark Office

## CERTIFICATE OF SERVICE

    I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing ("NEF") to the following:

Joshua D. Rogaczewski
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
Email: jrogaczewski@mwe.com

Date: October 27, 2017　　　　　　　　　___/s/_____
　　　　　　　　　　　　　　　　　　　DENNIS C. BARGHAAN, JR.
　　　　　　　　　　　　　　　　　　　Deputy Chief, Civil Division
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　2100 Jamieson Avenue
　　　　　　　　　　　　　　　　　　　Alexandria, Virginia 22314
　　　　　　　　　　　　　　　　　　　Telephone: (703) 299-3785
　　　　　　　　　　　　　　　　　　　Facsimile:  (703) 299-3983
　　　　　　　　　　　　　　　　　　　Email:  dennis.barghaan@usdoj.gov

　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT