IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| HALOZYME, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:16-cv-1580 |
| JOSEPH MATAL, | ) |
| Defendant. | ) |

### ORDER

THIS MATTER comes before the Court on Defendant's Motion in Limine and Plaintiff's Motions in Limine. It is hereby

ORDERED that Defendant's Motion in Limine and Plaintiff's Motions in Limine are DENIED without prejudice to being raised at the time of trial.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
November 6, 2017