IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HALOZYME, INC.<br><br>               Plaintiff<br><br>   v.<br><br>JOSEPH MATAL,<br>performing the functions and duties of Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,<br><br>               Defendant. | Civil Action No. 1:16-CV-01580 (CMH/JFA) |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION "TO BRING TECHNOLOGY AND USE IT DURING TRIAL"

Pursuant to the Local Rules of this Court, defendant, Joseph Matal, performing the functions and duties of Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, in his official capacity, respectfully provides this response to plaintiff Halozyme, Inc.'s ("Halozyme") motion "to bring technology and use it during trial."

## RESPONSE

In its motion, Halozyme, Inc. seeks this Court's authorization for its four attorneys to "bring laptop computers and smartphones . . . to the trial in this matter," and to use that technology through the "Court's Evidence Presentation System." *Mot.* (Dkt. No. 132), at 1. Although Defendant takes no formal position on Halozyme's requested relief, it is counsel's understanding that this Court generally does not authorize the use of computer-assisted technology during trial. Should this Court be inclined to authorize the use of such technology at

trial in this action, however, defendant would request an identical ability to bring and utilize its own laptop computers and smartphones.

                                                Respectfully submitted,

                                                DANA J. BOENTE
                                                UNITED STATES ATTORNEY

By:        /s/                   
       DENNIS C. BARGHAAN, JR.
       Deputy Chief, Civil Division
       Assistant U.S. Attorney
       U.S. Attorney's Office
       2100 Jamieson Avenue
       Alexandria, Virginia 22314
       Telephone: (703) 299-3785
       Fax:   (703) 299-3983
       Email:  dennis.barghaan@usdoj.gov

DATE: November 7, 2017                ATTORNEYS FOR DEFENDANT

OF COUNSEL:

Frances M. Lynch
Amy Nelson
Kakoli Caprihan
Associate Solicitors
United States Patent & Trademark Office

## CERTIFICATE OF SERVICE

    I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing ("NEF") to the following:

Joshua D. Rogaczewski
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
Email: jrogaczewski@mwe.com

Date: November 7, 2017        \_\_\_/s/_____
    DENNIS C. BARGHAAN, JR.
    Deputy Chief, Civil Division
    Assistant U.S. Attorney
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    Telephone: (703) 299-3785
    Facsimile:  (703) 299-3983
    Email:  dennis.barghaan@usdoj.gov

    ATTORNEYS FOR DEFENDANT