IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| HALOZYME, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:16-cv-1580 |
| JOSEPH MATAL, | ) |
| Defendant. | ) |

## ORDER

THIS MATTER comes before the Court on Plaintiff's Motion to Bring Technology To and Use It During Trial. It is hereby

ORDERED that Plaintiff's Motion is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
November 13, 2017