## ** BENCH TRIAL MINUTES **

Date: 11/13/17　　　　　　　　　　　　　Judge: Hilton
　　　　　　　　　　　　　　　　　　　　Reporter: R. Montgomery
Time: 11:00–1:00;
2:15-3:45; 4:00-5:30

Civil Action Number:  1:16cv1580

Halozyme, Inc. vs. Joseph Matal

| Counsel for Plaintiff | Counsel for Defendants |
|---|---|
| Joshua Rogaczewski | Dennis Barghaan |
| William Gaede | Thomas Krause |
| Mandy Kim | Kakoli Caprihan |
|  | Amy Nelson |
|  | Frances Lynch |

Appearance of Counsel.

Opening statements made.

Plaintiff adduced evidence.

Bench Trial continued to 11/14/2017 @ 10:00.