# ** BENCH TRIAL MINUTES **

Date: 11/14/17

Time: 10:00–11:30; 11:45-1:00;
2:15-3:45; 4:00-5:15

Civil Action Number: 1:16cv1580

Judge: Hilton
Reporter: R. Montgomery

Halozyme, Inc. vs. Joseph Matal

| Counsel for Plaintiff | Counsel for Defendants |
| --- | --- |
| Joshua Rogaczewski | Dennis Barghaan |
| William Gaede | Thomas Krause |
| Mandy Kim | Kakoli Caprihan |
|  | Amy Nelson |
|  | Frances Lynch |

Appearance of Counsel.

Plaintiff continued to adduce evidence and rests.

Defendant's Motion for Judgment as a Matter of Law – Taken under advisement.

Defendant adduced evidence.

Bench Trial continued to Wednesday 11/15/2017 @ 10:00.